740

No. 151. BAKER *v.* HUNTER, WARDEN. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied for the reason that the case is moot. *Messrs. A. G. Bush* and *James J. Laughlin* for petitioner. *Solicitor General Fahy* for respondent.

No. 240. OWENS, EXECUTRIX, *v.* UNION PACIFIC RAILROAD CO. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank C. Hanley* for petitioner.

No. 266. LUCKING ET AL. *v.* FIRST NATIONAL BANK-DETROIT ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Mr. William Alfred Lucking* for petitioners. *Messrs. Robert S. Marx* and *Frank E. Wood* for First National Bank-Detroit, and *Mr. John G. Garlinghouse* for National Bank of Detroit, respondents.

No. 281. SANDBERG ET AL. *v.* NEW ENGLAND NOVELTY CO., INC. October 9, 1944. Petition for writ of certiorari to the Superior Court in and for the County of Worcester, Mass., denied. MR. JUSTICE MURPHY is of opinion that certiorari should be granted. *Mr. Sidney S. Grant* for petitioners. *Mr. Samuel M. Salny* for respondent.

No. 313. UNITED STATES *v.* VAN PELT. October 9, 1944. Petition for writ of certiorari to the Circuit Court